**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1103**

---

ANDREA G. BRIGGS,

Plaintiff - Appellant,

versus

CATHERINE C. BLAKE; J. FREDERICK MOTZ; WALTER
E. BLACK, JR.; DEBORAH K. CHASANOW; ANDRE M.
DAVIS; MARVIN J. GARBIS; ALEXANDER H. HARVEY,
II; BENSON E. LEGG; PETER J. MESSITTE; WILLIAM
M. NICKERSON; EDWARD S. NORTHROP; FREDERIC N.
SMALKIN; ALEXANDER WILLIAMS, JR.; JOSEPH H.
YOUNG; JOHN DOE; H. EMORY WIDENER, JR.; J.
HARVIE WILKINSON, III; PAUL V. NIEMEYER; J.
MICHAEL LUTTIG; KAREN J. WILLIAMS; M. BLANE
MICHAEL; DIANA GRIBBON MOTZ; WILLIAM B.
TRAXLER, JR.; ROBERT B. KING; ROBERT L.
GREGORY; DENNIS L. GREGORY; DENNIS W. SHEDD;
ALLYSON K. DUNCAN; JOHN D. BUTZNER, JR.; J.
DICKSON PHILLIPS, JR.; ROBERT F. CHAPMAN;
CLYDE H. HAMILTON; JANE DOE; PATRICIA S.
CONNOR,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William D. Quarles, Jr., District Judge.
(CA-03-3130-WDQ-1)

---

Submitted: May 19, 2004          Decided: June 15, 2004

---

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––

Andrea G. Briggs, Appellant Pro Se.

––––––––––

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrea G. Briggs appeals the district court's order dismissing as frivolous her civil action. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Briggs v. Blake</u>, No. CA-03-3130-WDQ-1 (D. Md. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>